COMMONWEALTH of Pennsylvania, Respondent

v.

Reginald BRYANT, Petitioner

No. 9 EAL 2017

Supreme Court of Pennsylvania.

May 31, 2017

### ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Joseph Jude CASINO, Petitioner

No. 45 MAL 2017

Supreme Court of Pennsylvania.

May 31, 2017

### ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Petition for Allowance of Appeal is DENIED.

Gerald WASHINGTON, Petitioner

v.

COURT OF COMMON PLEAS PHILA-DELPHIA COUNTY Pennsylvania, Criminal Division, Respondent

No. 43 EM 2017

Supreme Court of Pennsylvania.

May 31, 2017

### ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.

Alvin Sheldon KANOFSKY and Jacob Daniel Kanofsky, Petitioners

v.

TAX REVIEW BOARD, Respondent

No. 50 EM 2017

Supreme Court of Pennsylvania.

May 31, 2017

### ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Petition for Acceptance of Petition for Allowance of Appeal is DENIED.